## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOHN GRAHAM,<br><br>          Plaintiff,<br>  v.<br><br>COBB COUNTY, GA,<br><br>          Defendant. | **CIVIL ACTION FILE NO.**<br><br>1:23-cv-04169-TWT |

## **AMENDED SCHEDULING ORDER**

Having considered the Parties' Joint Motion to Extend Deadlines and for good cause shown, it is hereby ORDERED:

1. The discovery deadline in this case is extended to August 31, 2024;

2. Any Motions for Summary Judgment must be filed by October 4, 2024;

3. If no Motions for Summary Judgment are filed, the Proposed Consolidated Pretrial Order will be due on October 4, 2024; and

4. If a Motion for Summary Judgment is filed, the Proposed Consolidated Pretrial Order will be due within 30 days of the Court's ruling on the Motion for Summary Judgment.

**SO ORDERED,** this 22nd day of April, 2024.

_____
THOMAS W. THRASH, JR.
United States District Court Judge