# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN GRAHAM, <br><br> Plaintiff, <br> v. <br><br> COBB COUNTY, GA, <br><br> Defendant. | **CIVIL ACTION FILE NO.** <br><br> 1:23-cv-04169-TWT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, Defendant Cobb County, by and through undersigned counsel, hereby certify that on this date, that the following Notice of Deposition was served on all counsel of record by electronic mail:

1. Cobb County, GA's Notice of Deposition to Plaintiff John Graham.

[*Intentionally left blank*]

[*Signatures on following page*]

This 22nd day of May, 2024.

        **TUCKER ELLIS LLP**

        */s/ Matthew A. Boyd*
        Matthew A. Boyd
        Georgia Bar No. 027645
        Matthew.Boyd@tuckerellis.com
        Breshauna C. Perkins
        Georgia Bar No. 545430
        Breshauna.Perkins@tuckerellis.com
        Tucker Ellis LLP
        (Atlanta Financial Center)
        3343 Peachtree Rd NE Ste 145-1574
        Atlanta, GA 30326
        Telephone:  (404) 678-6365
        Facsimile:   (404) 678-6380

        **COBB COUNTY ATTORNEY'S OFFICE**
        Mark A. Adelman
        Senior Associate County Attorney
        State Bar No. 004788
        mark.adelman@cobbcounty.org
        Lauren S. Bruce
        Assistant County Attorney
        State Bar. No. 796642
        lauren.bruce@cobbcounty.org
        H. William Rowling, Jr.
        County Attorney
        State Bar. No. 617225
        h.william.rowling@cobbcounty.org
        100 Cherokee Street, Suite 350
        Marietta, Georgia 30090

        *Counsel for Defendant Cobb County, Georgia*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOHN GRAHAM,<br><br>    Plaintiff,<br>v.<br><br>COBB COUNTY, GA,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:23-cv-04169-TWT |

## CERTIFICATE OF SERVICE

This is to hereby certify that I have this day electronically filed DEFENDANT'S RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Edward D. Buckley
edbuckley@bbwmlaw.com
Camille J. Mashman
cmashman@bbwmlaw.com
BUCKLEY BALA WILSON MEW LLP
600 Peachtree Street NE, Suite 3900
Atlanta, Georgia 30308

This 22nd day of May, 2024.

            */s/ Matthew A. Boyd*
            Matthew A. Boyd
            Georgia Bar No. 027645