# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN GRAHAM, ) | |
| ) | Civil Action File No.: |
| Plaintiff, ) | NO. 1:23-cv-04169-TWT |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| COBB COUNTY, GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter came before the Court on Plaintiff's Consent Motion to Stay Proceedings. The Court, having considered Plaintiff's motion and for good cause shown, hereby **GRANTS** Plaintiff's motion and stays these proceedings and all deadlines for ninety days, through and including the 21st day of November, 2024.

**SO ORDERED**, this 27th day of August, 2024.

THOMAS W. THRASH, JR.
United States District Court Judge